WILLIAM BACHRACH, Appellant, *v.* RHODE ISLAND INSURANCE COMPANY et al., Respondents.

(Argued October 13, 1930; decided November 18, 1930.)

*I. Maurice Wormser* and *Isaac Cohen* for appellant. *John H. Schmid* and *Arthur V. McDermott* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.